John Brosnan
J oJ  ams oa  Boulevard #16o3
J as  eras, N  J l 1v7
J 1vn77l n1vv6:Tel v l dJ nd37n l 3vv:Fax



Via CM/ECF Upload

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: Brosnan v. Jaffe, et al.
USDC-CAND Case No. C 09-00453 SI

To Honorable Susan Ilston:

Plaintiff, John Brosnan, hereby requests permission to appear telephonically for the upcoming Case
Management Conference, currently scheduled May 22, 2009. John Brosnan will be available for the
Case Management Conference on his direct dial line of 702.516.1622.

Respectfully Submitted,
_____/s/_____John Brosnan___