IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 09-0453 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FIDLITY NATIONAL INFORMATION SERVICES, INC., et al., | |
| Defendants. / | |

This action is dismissed in its entirety.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2009

SUSAN ILLSTON
United States District Judge